UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NEAL as surviving heir of MAURICE WHITE, deceased<br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br>Defendants. | Case No.: 08CV456 W BLM<br><br>DECLARATION OF SERVICE |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents: **DEFENDANTS, CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, OFFICER ADAM SHARKI, OFFICER SCOTT SPILLANE, CHIEF WILLIAM LANSDOWNE'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES,** in the following manner: (Check one)

1)___ By personally serving the individual named by personally delivering the copies to the offices of the addressee.

Time of delivery: _____ a.m./p.m.

2)___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3)XX By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

4) By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

**SERVICE LIST:**
Martin Schmidt
San Diego Trial Group
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 550-2208
(858) 550-2218 fax
*Attorney for Plaintiff*
   Executed March 12, 2008, at San Diego, California

_____
CARMEN SANDOVAL