UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NEALY, as surviving heir of MAURICE WHITE deceased,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO, et al.,<br><br>　　　　　Defendants. | Case No. 08cv0456-W (BLM)<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC, ATTORNEYS-ONLY CONFERENCE** |

After reviewing the submitted documents, the Court finds it appropriate to convert the scheduled Early Neutral Evaluation Conference ("ENE") to a <u>telephonic, attorneys-only</u> ENE conference. The Court will initiate the call on **April 28, 2008** at **10:00 a.m.** Failure of required counsel to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: April 21, 2008

　　　　　　　　　　　　　　　　　　_/s/ Barbara L. Major_
　　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

```
1   COPY TO:

2   HONORABLE THOMAS J. WHELAN
    U.S. DISTRICT JUDGE
3
    ALL COUNSEL
4
```