1  Benjamin Anderson (SBN 248616)
   SAN DIEGO TRIAL GROUP
2  4275 Executive Square, Suite 200
   La Jolla, CA 92037
3  (858) 550-2008; FAX (858) 550-2281

4  James D. Hoey, III (SBN 102088)
   **HOEY & MORGAN**
5  4275 Executive Square, Suite 920
   La Jolla, CA 92037
6  (858) 550-1002; FAX (858) 550-2043

7

8  Attorney for Plaintiff,
   PATRICIA NEALY
9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| PATRICIA NEALY, as surviving heir of MAURICE WHITE, deceased, | CIVIL NO. 08cv0456-W (BLM) |
| Plaintiff, | NOTICE OF ASSOCIATION OF COUNSEL |
| v. | |
| THE CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, OFFICER ADAM SHARKI, OFFICER SCOTT SPILLANE, CHIEF WILLIAM LANDSDOWNE AND DOES 8-100, Inclusive. | JURY TRIAL DEMANDED |
| Defendants. | |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

1.     NOTICE IS HEREBY GIVEN that San Diego Trial Group hereby associates James D. Hoey, III of Hoey & Morgan, 4275 Executive Square, Suite 200, La Jolla, CA 92037 as counsel of record for plaintiff in the referenced matter.

Dated: April 17 2008

                            SAN DIEGO TRIAL GROUP

             By: _____
                            BENJAMIN ANDERSON
                            Attorneys for Plaintiff