Benjamin Anderson (SBN 248616)
SAN DIEGO TRIAL GROUP
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 550-2008; FAX (858) 550-2281

James D. Hoey, III (SBN 102088)
**HOEY & MORGAN**
4275 Executive Square, Suite 920
La Jolla, CA 92037
(858) 550-1002; FAX (858) 550-2043

Attorney for Plaintiff,
PATRICIA NEALY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NEALY, as surviving heir of MAURICE WHITE, deceased, | CIVIL NO. 08cv0456-W (BLM) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL** |
| v. | **NO ORAL ARGUMENT: WILL BE TAKEN UNDER SUBMISSION** |
| THE CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, OFFICER ADAM SHARKI, OFFICER SCOTT SPILLANE, CHIEF WILLIAM LANDSDOWNE AND DOES 8-100, Inclusive. | Date: September 8, 2008
Time: 10:30 a.m.
Courtroom: 7
Hon: Thomas J. Whelan |
| Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that the law firms of Hoey & Morgan and San Diego Trial Group hereby move under Civil Rule 83.3(g)(3) for an order permitting them to be relieved as attorneys of record in this action.

There will be no oral argument or appearance necessary at the time of the hearing, which is scheduled for September 8, 2008. Pursuant to local rule, the court will take this matter under submission.

This motion is supported by the accompanying declaration of James D. Hoey, III, the papers and records filed in this action and proceeding, and such other and further evidence as may be submitted at the time of hearing.

The client presently represented by Hoey & Morgan and San Diego Trial Group is an individual.

**NOTICE TO CLIENT: If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. If this motion is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

Dated: July 31, 2008                                    HOEY & MORGAN

                                                    By:    /s/ James D. Hoey, III
                                                           JAMES D. HOEY, III
                                                           Attorneys for Plaintiff

Dated: July 31, 2008                                    SAN DIEGO TRIAL GROUP

                                                    By:    /s/ Benjamin Anderson
                                                           BENJAMIN ANDERSON
                                                           Attorneys for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 3-700(C)(1)(d) of the California Rules of Professional Conduct specify that where a client's conduct renders it unreasonably difficult for the member to carry out the employment effectively, the attorney may request permission to withdraw as counsel. Model Rule of Professional Conduct 1.16(b)(6) allows permissive withdrawal where "the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client."

In such cases, the member must take reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other counsel, and providing the client with all client papers and property. (California Rules of Professional Conduct Rule 3-700(A)(2).)

In order to avoid prejudicing plaintiff's rights, plaintiff's counsel do not intend to set forth herein the specific reasons for this requested withdrawal. Plaintiff's counsel will provide such details *in camera* if necessary. Plaintiff has been advised that Hoey & Morgan and San Diego Trial Group cannot continue to represent her interests and that she needs to seek other counsel. Plaintiff has failed to respond in any way to this correspondence. Moreover, continued representation of plaintiff would result in an unreasonable financial burden on plaintiff's counsel. This case would require the retention of numerous experts, at great cost. Thus, plaintiff's counsel has no choice but to withdraw from representation.

////
////
////
////
////
////
////
////

On May 5, 2008, plaintiff was provided with all pertinent dates in this matter. Plaintiff's counsel has taken reasonable steps to avoid prejudice to plaintiff's rights, and allowed substantial time for plaintiff to seek new counsel. Accordingly, leave to withdraw as counsel should be granted.

Dated: July 31, 2008                         HOEY & MORGAN

                                             By:   /s/ James D. Hoey, III
                                                   JAMES D. HOEY, III
                                                   Attorneys for Plaintiff

Dated: July 31, 2008                         SAN DIEGO TRIAL GROUP

                                             By:   /s/ Benjamin Anderson
                                                   BENJAMIN ANDERSON
                                                   Attorneys for Plaintiff