Benjamin Anderson (SBN 248616)
SAN DIEGO TRIAL GROUP
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 550-2008; FAX (858) 550-2281

James D. Hoey, III (SBN 102088)
**HOEY & MORGAN**
4275 Executive Square, Suite 920
La Jolla, CA 92037
(858) 550-1002; FAX (858) 550-2043

Attorney for Plaintiff,
PATRICIA NEALY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NEALY, as surviving heir of MAURICE WHITE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, OFFICER ADAM SHARKI, OFFICER SCOTT SPILLANE, CHIEF WILLIAM LANDSDOWNE AND DOES 8-100, Inclusive.<br><br>Defendants. | CIVIL NO. 08cv0456-W (BLM)<br><br>**DECLARATION OF BENJAMIN ANDERSON IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**<br><br><br>Date: September 8, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Hon: Thomas J. Whelan |

I, BENJAMIN ANDERSON, declare as follows:

DECLARATION OF BENJAMIN ANDERSON IN SUPPORT OF MOTION TO WITHDRAW – Page 1

1. I am an attorney employed by San Diego Trial Group, attorneys for plaintiff Patricia Nealy in the referenced matter. The facts set forth herein are within my own personal knowledge.

2. I make this motion to be relieved as counsel under Rule 83.3(g)(3) because the interactions between plaintiff and my office have made it unreasonably difficult for me to carry out my employment effectively. If necessary, I am willing to divulge further details about these interactions *in camera*.

3. James Hoey of Hoey & Morgan has requested that Ms. Nealy either substitute into this action *in propria persona* or obtain new counsel. She has failed to respond to this request.

4. Ms. Nealy has been served by mail at her last known address with copies of the motion papers served with this declaration. It has been confirmed within the past 30 days that the address is current by mail, return receipt requested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 31, 2008                                    SAN DIEGO TRIAL GROUP

                                                By:   /s/Benjamin Anderson
                                                      BENJAMIN ANDERSON
                                                      Attorneys for Plaintiff