# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NEALY, as surviving heir of MAURICE WHITE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, OFFICER ADAM SHARKI, OFFICER SCOTT SPILLANE, CHIEF WILLIAM LANDSDOWNE AND DOES 8-100, Inclusive.<br><br>Defendants. | CIVIL NO. 08cv0456-W (BLM)<br><br>**PROOF OF SERVICE**<br><br>Date: September 8, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Hon: Thomas J. Whelan |

I, Alicia C. Covill, certify as follows:

I am a citizen of the United States and am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to this action; my business address is 4275 Executive Square, Suite 200, La Jolla, CA 92037. I am readily familiar with the business practice for collection and processing of correspondence for mailing.

On September 8, 2008, I caused to be served the following documents:

1. **ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**

on the interested parties in said action by placing a true copy thereof served same on the parties/counsel addressed as follows:

Patricia Nealy
5474 Enceina Drive
San Diego, Ca 92114

The following is the procedure in which service of this document was effected:

✓ U.S. Postal Service by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of San Diego, California after the close of the day's business.

___ Personal Service

___ Facsimile

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I employed in the office of a member of the bar of this Court at whose direction the service was made. This declaration is executed on this 8th day of September 2008 at San Diego, California.

Alicia C. Covill